# ATTACHMENT 1



2020 MAR 19 AM 9:44

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __WESTERN__ DISTRICT OF __WISCONSIN__

(Full name of plaintiff(s))

MICHAEL B. KINGSLEY

vs

(Full name of defendant(s))

MONROE COUNTY JUSTICE DEPARTMENT

AGENTS, JANE DOE, JOHN DOE,

JOHN DOE, JOHN DOE, JOHN DOE.

Case Number:

**20-cv-255-jdp**

(to be supplied by clerk of court)

A.  PARTIES

1.  Plaintiff is a citizen of __Wisconsin__, and is located at
    (State)

    P.O. BOX 233 BLACK RIVER FALLS, WI 54615-0233
    (Address of prison or jail)

    (If more than one plaintiff is filing, use another piece of paper).

2.   Defendant  Agent(s) Jane Doe, and John Doe(s)
                                                            (Name)

is (if a person or private corporation) a citizen of   Wisconsin
                                                            (State, if known)
and (if a person) resides at  112 South Court St. Sparta, WI 54656
                                                            (Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for Monroe County Justice Dept. (Address above same)
                                                            (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

¶ 1. Between the months of April and September of 2017, plaintiff was on a Cash Bond in a Monroe County Wisconsin Criminal matter, and was required to report to the defendant(s) for the collecting and testing of his urine.

¶ 2. Prior to the collecting of urine defendant(s) conducted unpleasant strip Searches on plaintiff in a harrassing, humiliating, and embarassing manner. Defendant(s) ordered plaintiff to pull down his pants below his knees, lift up Scrotum and shirt, and turn around in a circle. One of the defendant(s) referred to this as "do the hokey-pokey". Majority of these Strip Searches took place in unclean conditions that reeked of urine and body order.

¶ 3. Defendant(s) implemented, enforced, or condoned with knowledge they were performing these searches but failed to intervene.

C.     JURISDICTION

[X]     I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ]     I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.     RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Declaratory Judgment Defendant(s) Violated Plaintiff's Rights.

Award Compensatory and Punitive Damages against Defendant(s)

For Violating Plaintiff's Constitutional Rights.

E.  **JURY DEMAND**

    [X]  Jury Demand - I want a jury to hear my case
             OR

    [ ]  Court Trial – I want a judge to hear my case

Dated this 16th day of March, 2020.

Respectfully Submitted,

*/s/ mbk/*

Signature of Plaintiff

301363

Plaintiff's Prisoner ID Number

JACKSON CORRECTIONAL INSTITUTION

P.O. BOX 233 Black River Falls, WI 54615-0233

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

[X]  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ]  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.