United States District Court
Western District of Wisconsin
Judge's Chambers
120 North Henry Street
Madison, Wisconsin 53703

OFFICIAL BUSINESS

MILWAUKEE WI 530
16 MAR 2021 PM 5 L

NEOPOST
03/16/2021
US POSTAGE $000.71⁰

FIRST-CLASS MAIL

SCANNED

ZIP 53703
041M11453318

Michael B. Kingsley
301363

Return to Sender
Checked
Dont Match

-R-T-S-   554014035-1N            03/22/21
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER