Michael B. Kingsley
c/o La Crosse County Jail
333 Vine St.
La Crosse, WI 54601

Feb. 1st, 2022

Western District of Wisconsin
120 N. Henry St. Rm 320
Madison, WI 53703

RE: Kingsley v. Monroe County, et al.
(Case No: 20-CV-255)

Dear Honorable Court;

Greetings with immense gratitude, and respect. I am writing with respect to the above cited case in which I am the plaintiff. I am, and have been housed in the La Crosse County Jail.

On or about November 19, 2020, I was GRANTED leave to file an amended complaint (Dkt. 12), And on or about December 10, 2020,

1 of 3

While housed at Jackson Corr. in Black River Falls, Wisconsin I placed Amended Complaint in the prison mail Box with supporting memorandum and Declaration.

And on or about May, 2021 while housed in the Juneau County jail I wrote the court with inquire with respect to (DKt 12 and DKt. 13) And or following up with the status of where the case was at.

As of the date of this letter, and the Jails computerized Law Library It appears there has been no action taken by the court with respect to Amended Complaint.

Given the back log of the courts Calender due to the pandamic I understand things are at a stand still. By no means am I asking the court to accelerate this matter.

I hereby respectfully ask the court to take notice of the address change. I apologize for any frustration I may have caused the court in this matter.

Thank you for all your time and attention with respect to this matter.

With the utmost Respect

Michael B. Kingsley
Pro se

Dated this 1st day of Feb, 2022

3 of 3

# # #