# Office of the Clerk

United States District Court Western District of Wisconsin

120 North Henry Street, Room 320   •   Madison, WI 53703
(608) 264-5156   •   www.wiwd.uscourts.gov

February 16, 2022

Michael B. Kingsley
La Crosse County Jail
333 Vine St.
La Crosse, WI 54601-3296

Re:  20-cv-255-jdp; *Kingsley, Michael v. Monroe County Justice Department et al*

Dear Mr. Kingsley:

This will acknowledge receipt of your letter on February 8, 2022, in which you provide the court with your updated address at the La Crosse County Jail in La Crosse, Wisconsin.  In your letter, you also ask about the status of the amended complaint that you filed on December 10, 2020.

Please find enclosed the order entered on March 16, 2021, regarding the amended complaint, which was mailed to you at your address at the time, the Jackson Correctional Institution, Black River Falls, Wisconsin.  Please also find enclosed a letter that the clerk's office sent to you on June 22, 2021, to the address you provided, the Juneau County Jail in Mauston, Wisconsin, in response to your June 21, 2021, letter inquiry.  Both the order and the letter were returned to the clerk's office undelivered with no forwarding address.

A courtesy copy of the docket sheet in this case is also enclosed.

PETER OPPENEER, Clerk of Court,

By:___/s/_____
    Deputy Clerk